UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION


IN RE:

BRIAN KEITH GEORGE
OLGA GEORGE

DEBTORS                                              CASE NO. 09-50847


MICHAEL HOGAN
ANETTE HOGAN                                         PLAINTIFFS

VS.                                                  ADV. NO. 09-5065

BRIAN KEITH GEORGE
OLGA GEORGE                                          DEFENDANTS

**PARTIAL SUMMARY JUDGMENT**

Consistent with the Memorandum Opinion this day entered, the court being fully advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Defendants' debt to the Plaintiffs for damages in the amount of $171,000.00 awarded on their claim for fraud is nondischargeable.

2. Defendant Brian Keith George's debt to the Plaintiffs for their award of punitive damages for fraud in the amount of $93,500.00 is nondischargeable.

3. Defendant Olga George's debt to the Plaintiffs for their award of punitive damages for fraud in the amount of $93,500.00 is nondischargeable.

4. The Plaintiffs' Motion for Summary Judgment in regard to

1

their claim for negligent misrepresentation under Bankruptcy Code section 523(a)(2)(A) and their claim for willful and malicious injury to property under Bankruptcy Code section 523(a)(6) is overruled.

Copies to:

Thomas L. Canary, Esq.
John E. Davis, Esq.

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Thursday, November 12, 2009**
**(wsh)**